# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-1462-AG | Date | November 17, 2011 |
|---|---|---|---|
| Title | IN RE: RAYMOND HARRY COOMER | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Lisa Bredahl | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:** [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court on its own motion, hereby ORDERS Plaintiff(s) to show cause in writing no later than November 29, 2011 why this action should not be dismissed for lack of prosecution.

Alternatively, it will be a sufficient response to this OSC to file on or before the OSC date in this paragraph the following:

• Appellant's opening brief

Absent a showing of good cause, if the action has not been diligently prosecuted, the Court may dismiss the action.

Plaintiff(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing briefs and stipulations extending time. Stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

NO oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

: 0

Initials of Preparer

lmb